**Electronically Filed
Supreme Court
SCWC-18-0000061
24-JUN-2024
08:21 AM
Dkt. 15 ODAC**

SCWC-18-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CITY AND COUNTY OF HONOLULU,
Petitioner/Appellant-Appellant,

vs.

DEPARTMENT OF HEALTH, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000061; CIV. NO. 1CC161002123)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Devens JJ.,
and Circuit Judge Tonaki, in place of Ginoza, J., recused)

The application for writ of certiorari filed on April 30,

2024, by Petitioner/Appellant-Appellant City and County of

Honolulu is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ John M. Tonaki

